THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. BERENS.— Motion to dismiss appeal granted, unless appellant procure record on appeal and appellant's points to be filed on or before January 4, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.